No. 84–560. PODROG ET AL. v. WARING, COX, JAMES, SKLAR & ALLEN. Sup. Ct. Tenn. Certiorari denied.

No. 84–561. G. M. SHUPE, INC. v. DRAVO CORP. C. A. 9th Cir. Certiorari denied.

No. 84–562. NICOLET INSTRUMENT CORP. v. BIO-RAD LABORATORIES, INC. C. A. Fed. Cir. Certiorari denied.

No. 84–565. MASSACHUSETTS v. DONOVAN. Sup. Jud. Ct. Mass. Certiorari denied.

No. 84–574. VARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–576. KING v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 84–580. BRADLEY v. WEINBERGER, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.

No. 84–584. LAND & LAKE TOURS, INC. v. DOLE, SECRETARY OF TRANSPORTATION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 84–596. DISALVO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 84–597. CHAPMAN v. NATIONAL AERONAUTICS AND SPACE ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–609. BRITT v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–611. DOOLEY ET AL. v. REISS ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–614. HUMMEL ET AL. v. MONT PELERIN CORP., N. V. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–615. STRAWSER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.